**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUIS IBEN ALASHANTI, | ) NO. SACV 09-1495-RSWL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 23, 2012

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE